# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   August 2, 2012 |
| E.C.R./Reporter:   Tammy Hoffschildt | |

Civil Action No: **12-cv-01993-WYD-CBS**          Counsel:

**SIR MARIO OWENS**,                                          Ingrid J. DeFranco
                                                             Keyonyu X. O' Connell
            Plaintiff,

v.

**OFFICE OF THE DISTRICT ATTORNEY**              Matthew D. Grove
**FOR THE EIGHTEENTH JUDICIAL**                  Andrew Cooper
**DISTRICT, et al.**,                            Lisabeth Castle
                                                 Jennifer L. Gedde
            Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**3:43 p.m.**     Court in Session

            APPEARANCES OF COUNSEL.

            Court's opening remarks.

            Plaintiff's Motion for Temporary Restraining Order (ECF Doc. No. 5), filed July 31, 2012, is raised for argument.

3:51 p.m.     Plaintiff's oral motion to dismiss (Ms. DeFranco).

3:53 p.m.     Argument by Defendants (Mr. Grove).

3:53 p.m.     Argument by Defendants (Mr. Cooper).

| | |
|---|---|
| 3:53 p.m. | Argument by Defendants (Ms. Castle). |
| 3:53 p.m. | Argument by Defendants (Ms. Gedde). |
| **ORDERED:** | Plaintiff's oral motion to dismiss is **GRANTED.** |
| **ORDERED:** | Plaintiff's Motion for Temporary Restraining Order (ECF Doc. No. 5), filed July 31, 2012, is **DENIED AS MOOT.** |
| **ORDERED:** | This case is **DISMISSED.** |
| **3:56 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :13**