IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-01993-WYD-CBS

SIR MARIO OWENS,

    Plaintiff,

v.

OFFICE OF THE DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT;
CAROL CHAMBERS, District Attorney;
ANN TOMSIC;
EMILY WARREN;
JOHN HOWER, Deputy District Attorneys;
OFFICE OF THE COLORADO ATTORNEY GENERAL;
JOHN SUTHERS, Attorney General;
MATTHEW DURKIN;
DANIEL EDWARDS, Assistant Attorneys General and Special Deputy District Attorneys;
JAMES A. CASTLE;
JENNIFER L. GEDDE;
JONATHAN REPPUCCI; and
C. KEITH POPE, Office of Alternate Defense Counsel-appointed contract attorneys,

    Defendants.

## ORDER

In light of the Notice of Withdrawal: August 12, 2012 Rule 60(b) Motion for Relief from Dismissal filed September 14, 2012, it is

ORDERED that Plaintiff's FRCP 60(b)(1), (6) Motion for Relief from Order Dismissing this Action, ON Grounds of Mistake and Counsel Conflict (ECF No. 12) is **WITHDRAWN** and is no longer pending.  It is

FURTHER ORDERED that to the extent the case was reopened for a limited purpose, the case is now **DISMISSED**.

Dated:  September 17, 2012

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge